FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 NOV 14  AM 10: 51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROBERT LEE BURDOCK,  )<br>  )<br>Defendant.  ) | Case No. 4:06CR3161 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order under seal.

DATED this 14th day of November, 2006.

BY THE COURT:

[signature]

The Honorable Richard G. Kopf
United States District Judge