IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )           4:06CR3161
          v.                    )
                                )
ROBERT LEE BURDOCK,             )
                                )              ORDER
                Defendant.      )
                                )

        IT IS ORDERED:

        1.  Defendant's motion to continue, filing 17, is granted
and trial of this matter is continued to 9:00 a.m., March 12,
2007, before the Honorable Richard G. Kopf in Courtroom 1, United
States Courthouse and Federal Building, 100 Centennial Mall
North, Lincoln, Nebraska.  Jury selection will be held at
commencement of trial.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
December 14, 2006 and March 12, 2007, 2007, shall be deemed
excludable time in any computation of time under the requirements
of the Speedy Trial Act, for the reason that the parties require
additional time to adequately prepare the case, taking into
consideration due diligence of counsel, the novelty and
complexity of the case, and the fact that the failure to grant
additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 14th day of December, 2006.

                                BY THE COURT:

                                s/ David L. Piester

                                David L. Piester
                                United States Magistrate Judge